

FILED
AUG 23 2017
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO. 3:17CR098

JOSE ALEJANDRO CANELO-VEGA

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about August 4, 2017, in the Northern District of Mississippi, JOSE ALEJANDRO CANELO-VEGA, defendant, then being an alien illegally and unlawfully in the United States, knowingly possessed a firearm in and affecting interstate commerce, namely a Smith & Wesson, Model: 442 Airweight, .38 caliber, revolver, bearing serial number CVM0832 in and affecting interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

A TRUE BILL:

_____
ACTING UNITED STATES ATTORNEY

/s/redacted signature
FOREPERSON