IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION


UNITED STATES OF AMERICA

V.                                                          CAUSE NO. 3:17CR098-NBB-RP

JOSE ALEJANDRO CANELO-VEGA


NOTICE TO WITHDRAW MOTION TO CONTINUE

COMES NOW Jose Alejandro Canelo-Vega, by and through undersigned counsel, and

respectfully withdraws its previously filed Motion to Suppress Evidence [Doc. 17].

Respectfully submitted, this the 27th day of November, 2017.


                                              /s/ Gregory S. Park
                                              GREGORY S. PARK, MSB No. 9419
                                              Assistant Federal Public Defender
                                              1200 Jefferson Avenue, Suite 100
                                              Oxford, Mississippi 38655
                                              Telephone:  (662) 236-2889
                                              Fax: (662) 234-0428
                                              greg_park@fd.org


CERTIFICATE OF SERVICE

I, Gregory S. Park, attorney for the Defendant, Jose Alejandro Canelo-Vega, do hereby certify

that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and

that the following party will be notified electronically of filing:

        Hon. Jamiel M. Wiggins, AUSA
        jamiel.wiggins@usdoj.gov

Dated this the 27th day of November, 2017.


                                              /s/ Gregory S. Park
                                              GREGORY S. PARK
                                              Assistant Federal Public Defender